IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA INC., et al., : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | No. 2:10-cv-4219 |
| : | |
| LABORATORY CORPORATION OF AMERICA : | |
| HOLDINGS, : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 25th day of May, 2011, upon consideration of "Defendant Laboratory Corporation of America Holdings' Motion to Dismiss," (doc. no. 11), Plaintiffs' response thereto, the respective reply briefs, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED.** The Clerk of Court is directed to mark this case closed.

BY THE COURT

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**